We move to the 5th case this morning United States v. Hunt May it please the court, Daniel Hillis from the Federal Public Defender's Office In this case I represent Mr. Hunt He raises two challenges on appeal The first one, the government concedes So we're not going to be addressing, unless the court has questions Or is reluctant to accept the concession About the condition that requires notification of third parties about risks That's a vague condition that's well established under Oh, I've got a question about it Why isn't it waived? Well, vagueness, of course, Judge We've got due process case law on that subject We've made, and I'll just cite for the record Adkins, that's a written waiver Here we have just something that's oral And it was unintentional So this falls clearly within the wheelhouse Of an unintentional relinquishment Liberal construction, which is required of waiver Puts us outside the ambit of any waiver argument And furthermore, the case law is on both sides of this issue Waiver or not Depends on what time of the court's history It seems that we're addressing these things We did pretty well once upon a time Getting past all these waiver arguments And then Gabriel and the like came along Then I started getting assigned to some of these cases Was that it? Okay That's part of it It may be like the government says I think the cases have given Since those initial cases Since U.S. v. Thompson And the initial supervised release issues This court has given more guidance To the district courts Of what you need to do Which does raise waiver issues Then for the defendants And the district courts have been following The instructions of the court Of making sure that the defendant Has read the conditions Discussed them with this attorney And giving the opportunity to waive Or asking them at the end If they have any further questions Or want any further elaboration on them That's part of it But I think as part of the instructions From the court was at least implicit Is to read the case law And make sure that you've reviewed The conditions yourself So somebody is including conditions Probation officers certainly have noticed These things And they keep putting them in the PSR's judge So there's a part of the process That's still not functioning here And if everything that you said is true And I accept that it is Defense attorneys are supposed to review this So is the government How is it that these are getting missed? These are misses These are not waivers And if you want to waiver Put the guy on the record And say this condition says this It has vagueness issues in it Do you wish to voluntarily relinquish that challenge? That would be an acceptable waiver I think this just says a miss again So would you agree then That the judicial district issue Was waived here? Because there was no objection to that Our case law has since said That judicial district is not vague And has suggested you could put cyanter in But there's no requirement to include cyanter So under those conditions Would you agree that you've waived that issue? No I don't think so Judge What else should the district court judge Have done on the judicial district issue? Well let's start with judicial district The guidelines say federal judicial district But this court has already said Judicial district is fine Unless you're asking us to overturn those No I'm just trying to tie into What the statutory requirements are Which is the ultimate here So I understand what the court has said And I'm not disregarding the court's jurisprudence But I am trying to point out For all the cases That have been decided heretofore That have rejected the cyanter None of them seem to discuss I can't think of a one That discusses 3583 D3 So to me As I'm trying to decide On how to approach a case If that issue is consistently not addressed I cannot write an Anders brief Because I think that the court's decisions Are contrary to what Congress has said So if we get more guidance From the court on this issue I think that would be great But I don't think that there's a waiver issue here Because of the reasons that we said The cyanter inclusion is supposed to Temper against any sort of vagueness That's part of the jurisprudence So in order to avoid waiver Even though this court has said Cyanter does not have to be included You think district court judges Should be including it? I think the district court judges Should follow the law And that includes Not just what this court says But what Congress says In the statute 3583 D3 being the example The pertinent policy statement Of the guidelines Through the commission's enactment Of 5D1.3 C3 I think those are important touchstones Your honor Not to disregard the court's recent statements But again If the court hasn't addressed 3583 D3 Then I think that's a hole In what we have so far As the necessary guidance It could easily be addressed In a forthcoming opinion And so the court can take that For what it's worth However We do have this We know that the government Has no intention of revoking People for unintentional violations We heard that earlier So that's good news for us Because then there's no harm In adding the cyanter requirement So if that's the case The government's resistance In simple addition Of a cyanter requirement Sends a pretty mixed message here But ultimately It's what Congress has said to do It's what the commission Says to do on this And I think that the court Should address 3583 E3 What the commission has said E3 or D3? D3, I'm sorry E3 is the worst part That's where you get revoked For violating the condition I know That's why I was asking Right No, I misspoke But that's why it's important That happens, you know I've heard Yeah I've seen So Anyway We would like to have As few mistakes And as few people in jail As possible For all the good intentions Of the government And the promises That everybody will act reasonably Having the law Be in the right shape Under what Congress Has said to do I think is an important thing And that's worth Accomplishing here today Mr. Hills You also filed Or an appeal was filed From the revocation itself But you don't seem To be arguing that here Are you not challenging The court's revocation order? You've challenged The two specific conditions Of supervised release But there was also A notice of appeal Of the court's initial Revocation order Of the supervised release Are you pursuing That appeal? No, there's nothing additional To be pursued in that And the government Asked for dismissal of that We had nothing That we raised in that So we don't oppose that We just like these corrections And they're fairly modest Thank you Thank you Can I Sorry Mr. Hill I thought you were Asking here for a Complete resentencing Well It is Something that the court Can do So the sentencing package Again We've got Capits to add As little as As few as One person And one condition Of supervised release So We would like Mr. Hunt To have a chance To have that sentence Reduced He's an elderly Or an older guy He has a lot of issues So yes We did ask for that Because that's consistent With what the case law allows But I also recognize That this court Has been reluctant To do that With some of these Conditions recently So I know the court Will do whatever it thinks Is just in this case We've asked for a full remand And if it's not We'd at least like to get This much corrected Through a limited remand Anything else? Not right now Good morning Tim O'Shea For the United States Let me address The plain error Versus waiver thing We didn't assert Waiver here Your honor The United States Advocates But also reacts And our View of this Court's decision So far Has suggested That plain error Should apply Go ahead and Correct us And we'll react Differently next time I really don't have Much to say About the geographic Restriction Clearly the court's Cases You know Suggest that the words Judicial district Are just fine And now We know Under Poole and Gibbons And Mr. Hill Has mentioned The case that came out Yesterday We know that The scienter element Is not necessary I will only note That in his reply Brief Mr. Hill Suggested the court Would serve The defendant In clarity By handing the Person a map Or a List of the counties You know I Respectfully submit That doesn't make A lot of sense The reason That the Supervised release Condition Is written broadly To be a generic Any judicial district Where the person Is supervised Is It recognizes That people Are released To the non Sentencing district When it's Appropriate Or transferred To the non Sentencing district When it's Appropriate For that person Because there are More resources there As the court Knows from the Pre-sentence report Mr. Hunt Was born in Michigan Grew up in Chicago Has family in Waukegan And in Milwaukee Has really no ties To the western District of Wisconsin The PSR would Suggest he first Arrived there When he was 54 years old Who knows Where Mr. Hunt Will be Designated In 12 years But that is Why it doesn't Make sense To hand out A map Or list out The counties Any questions For the United States Mr. O'Shea The government Here has Conceded error With respect To the third Party Requirement There are A couple of Cases up this Morning Where error Has been Conceded What is The government Doing On sentencing Cases To make sure That is     Mr. O'Shea I